No. 99–5157. KEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5158. AYALA-MENDEZ *v.* UNITED STATES; and
No. 99–5329. LOPEZ-LLERENAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 168 F. 3d 502.

No. 99–5159. JAIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–5160. JOHNSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5162. LEWIS *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 99–5163. WISEMAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5164. MACON *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 99–5165. KELLY *v.* BEELER, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 99–5166. RINCHER *v.* BURKE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–5167. RELIFORD *v.* MCCARTHY ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–5168. SIDBERRY *v.* BAILEY, SUPERINTENDENT, FOOTHILLS CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–5172. LOWERY ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5173. YOUNGS *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 99–5174. ZUBIATE *v.* SONOMA COUNTY SOCIAL SERVICES DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5175. TREADWELL *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.